UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; PRIORITY RECORDS LLC, a California limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | CIVIL ACTION No.<br><br>05-10566 NG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, which is not publicly traded.

Plaintiff MOTOWN RECORD COMPANY, L.P. is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff BMG MUSIC is a general partnership owned by Sony BMG Music Entertainment and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff PRIORITY RECORDS LLC's parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

VIRGIN RECORDS AMERICA, INC.;
ARISTA RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; SONY BMG
MUSIC ENTERTAINMENT; BMG MUSIC;
PRIORITY RECORDS LLC; and UMG
RECORDINGS, INC.

By their attorneys,

DATED: 3.24.05

By: _____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

3