AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |
|---|---|
| DOCKET NO. | DATE FILED |

05-10566 NG

| PLAINTIFF<br>VIRGIN RECORDS AMERICA, INC.; ARISTA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; PRIORITY RECORDS LLC; and UMG RECORDINGS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## Exhibit A

## Doe #1 (128.103.223.142 2004-12-17 02:59:26 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Outkast | We Luv Deez Hoez | Stankonia | 306-741 |
| UMG Recordings, Inc. | Gap Band | Outstanding | Gap Band IV | 36-081 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| Sony BMG Music Entertainment | Cypress Hill | Latin Lingo | Cypress Hill | 134-573 |
| Virgin Records America, Inc. | Lenny Kravitz | It Ain't Over 'Til It's Over | Mama Said | 128-345 |
| BMG Music | O-Town | Girl | O-Town | 294-872 |
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |

05-10566 NG